# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HERBERT L. JOHNSON, JR.

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CHAPTER 13

CASE NO: 5-20-02205-RNO

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 3, 2020, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on July 22, 2020.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

        Respectfully submitted,
        s/ <u>Charles J. DeHart, III</u>
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    HERBERT L. JOHNSON, JR.           CHAPTER 13

                                                    CASE NO: 5-20-02205-RNO

## NOTICE

The debtor(s) filed a Chapter13 Bankruptcy Petition on July 22, 2020.

The Standing Chapter 13 Trustee, Charles J. DeHart, III, has filed a Motion to Dismiss for failure to file the indicated document(s) below:

- **- CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

         **Date:**        **October 7, 2020**
         **Time:**        **09:30 AM**
         **Location:**    **U.S. Bankruptcy Court**
                           **Max Rosenn U.S. Courthouse**
                           **Courtroom #2**
                           **197 S. Main Street**
                           **Wilkes Barre, PA**

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **September 17, 2020**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                                             Respectfully submitted,
                                                             s/ <u>Charles J. DeHart, III</u>
                                                             Standing Chapter 13 Trustee
                                                             8125 Adams Drive, Suite A
                                                             Hummelstown, PA 17036

Dated: September 3, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   HERBERT L. JOHNSON, JR.

Debtor(s)

CHAPTER 13

CASE NO: 5-20-02205-RNO

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JOHN J. MARTIN, ESQUIRE<br>1022 COURT STREET<br>HONESDALE, PA  18431- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |
| HERBERT L. JOHNSON, JR.<br>172 ALDEN ROAD<br>HONESDALE, PA  18431 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date:  September 3, 2020 | Vickie Williams<br>for Charles J. DeHart, III, Trustee<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA  17036<br>Phone:  (717) 566-6097<br>Fax:  (717) 566-8313<br>eMail: dehartstaff@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HERBERT L. JOHNSON, JR.

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

      Movant

CASE NO: 5-20-02205-RNO

vs.

HERBERT L. JOHNSON, JR.

MOTION TO DISMISS

      Respondent(s)

**ORDER DISMISSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.